**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Case No.:

JOSEPH MANGUM,

        Plaintiff,

v.

LIFE INSURANCE COMPANY
OF NORTH AMERICA,

        Defendant.

_____/

## **COMPLAINT**

COMES NOW the Plaintiff, JOSEPH MANGUM, by and through the undersigned attorneys, and files this Complaint stating causes of action against Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA, and alleges as follows:

1.      This is an action for recovery of benefits under employee welfare benefit plans brought pursuant to 29 U.S.C. §1132(a)(1)(b)(ERISA).

2.      Plaintiff, JOSEPH MANGUM, is an adult resident citizen of Greene County, Missouri.

3.      Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA (hereinafter "LINA"), is a foreign corporation authorized to engage and engaging in business within the State of Florida.

4.      Defendant, "LINA, is a foreign corporation authorized to do business and actually doing business within the Middle District of Florida.

5.      This Court maintains subject matter jurisdiction over this action pursuant to 29 U.S.C. § 1132(e) and 28 U.S.C. § 1331.

## COUNT I – BREACH OF CONTRACT

6.        Plaintiff and/or his employer, Unifirst Corporation, purchased through his employer a contract of salary continuance insurance including long term disability (LTD) benefits (hereinafter "the LTD Plan"), effective March 1, 2016.

7.        At all times material to this Complaint, the LTD Plan was in full force and effect and Plaintiff was an LTD Plan participant.

8.        Defendant, LINA, is in possession of all master LTD Plan documents.

9.        Defendant is a third party plan administrator or claims fiduciary given discretion to interpret LTD Plan provisions and is an LTD Plan fiduciary, or alternatively, is an LTD plan fiduciary without discretion to interpret LTD Plan provisions.

10.        On or about July 4, 2018, Plaintiff became totally disabled from his past employment as defined by the LTD Plan, due to exertional and non-exertional impairments.

11.        Plaintiff made a timely application for disability benefits under the LTD Plan, and he was awarded LTD benefits.

12.        On or about December 3, 2020, Defendant terminated Plaintiff LTD benefits.

13.        Plaintiff appealed said denial of benefits on or about June 2, 2021.

14.        On or about October 27, 2021, Defendant upheld its previous decision to deny the claim for benefits.

15.        Plaintiff remains totally disabled from employment, as defined by the Plan, due to exertional and non-exertional impairments.

16.        Plaintiff has exhausted all mandatory administrative remedies afforded by the Plan and has otherwise complied with all conditions precedent to this action.

17.        Each of the Defendant's denials of Plaintiff's claims for LTD benefits constituted abuse of Defendant's discretion under the Plan and derogated Plaintiff's right to disability benefits under the terms of the Plan.

WHEREFORE, Plaintiff prays for a judgment against the Defendant for all LTD Plan benefits owing at the time of said judgment, pre-judgment interest, attorney's fees, costs of this action, and all other relief deemed just and proper by the Court.


Dated: 12/23/2021


Nick A. Ortiz
Florida Bar No. 12699
Ortiz Law Firm
316 S. Baylen St, Ste. 590
Pensacola, FL 32502
(850) 308-7833 (T)
(850) 208-3613 (F)
nick@ortizlawfirm.com